UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOEL VELASQUEZ,<br><br>Defendant. | Case No. 2:24-po-00326-JDP<br><br>REFUND ORDER |

On September 26, 2024, defendant paid the $280 fine to resolve citation CA45/E1907916. On October 8, 2024, the government moved to dismiss citations that citation, as well as citation CA45/E1907915.  The court granted that motion and dismissed both citations without prejudice. Thereafter, defendant paid the $780.00 towards the assessed fine for citation CA45/E1907915.

Accordingly, it is hereby ORDERED that defendant shall be refunded $280.00 for citation CA45/E1907916 and $780.00 for citation CA45/E1907915 due to overpayment.

IT IS SO ORDERED.

Dated:  October 10, 2024

1